1022

**UNITED STATES of America, Appellant, v. Edgar C. BRADFORD, Appellee.**

No. 7409.

Circuit Court of Appeals, Ninth Circuit.

May 21, 1934.

Peirson M. Hall, U. S. Atty., and M. G. Gallaher, Asst. U. S. Atty., both of Los Angeles, Cal.

Alvin Gerlack, of San Francisco, Cal., for appellee.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel, ordered appeal dismissed; mandate forthwith.

---

**UNITED STATES of America v. Lawrence McCORMICK, etc.**

No. 5071.

Circuit Court of Appeals, Seventh Circuit.

May 22, 1934.

Dwight H. Green, of Chicago, Ill., for the United States.

Edward H. S. Martin, of Chicago, Ill., for appellee.

Before ALSCHULER, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed for failure of the appellant to file a brief.

---

**UNITED STATES of America, Appellant, v. Charles G. JOHNSON, Appellee.**

No. 7482.

Circuit Court of Appeals, Ninth Circuit.

May 21, 1934.

---

Peirson M. Hall, U. S. Atty., and M. G. Gallaher, Asst. U. S. Atty., both of Los Angeles, Cal. (E. D. Fooks, of Los Angeles, Cal., of counsel), for the United States.

David Spaulding, of West Los Angeles, Cal., for appellee.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

---

**UNITED STATES of America, Plaintiff-Appellee, v. David KAHAN, Defendant-Appellant, and Dominick Quottrocci, Defendant.**

No. 402.

Circuit Court of Appeals, Second Circuit.

April 30, 1934.

Abraham Zemlock, of New York City, for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Emanuel Bublick and William T. Cowin, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment of conviction affirmed.